**UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF MICHIGAN (DETROIT)**

In Re:

    John & Tracey Itoney

|  |  |
|---|---|
| Debtor(s). | Chapter 13<br>Case No. 10-70034-tjt<br>Hon. Thomas J. Tucker |

/

## OBJECTIONS TO CONFIRMATION OF PLAN

**NOW COMES** Chrysler Financial Services Americas LLC d/b/a Chrysler Financial f/k/a DaimlerChrysler Financial Services Americas LLC d/b/a Chrysler Financial ("Creditor"), by and through its attorneys, McKelvie DeLuca, P.C., and states the following as its Objections to Confirmation of the Debtor's proposed Chapter 13 Plan ("Plan"):

1. On August 7, 2006, Debtor executed a Retail Installment Contract ("Contract") to finance the purchase of a 2005 Dodge Ram V.I.N. 1D7HU18D85J587186 ("Vehicle"). Debtor agreed to remit 72 consecutive monthly payments in the amount of $698.55 each. Such amount includes interest at 11.24 percent per annum.

2. Creditor holds a perfected security interest in said Vehicle.

3. The unpaid balance owed under the Retail Installment Contract is $14,520.62.

4. Debtor proposes to remit direct payments to Creditor. However, Debtor's Plan lists incorrect contract payment terms. Creditor requests Debtor pay Creditor's claim pursuant to the underlying contract payment terms.

5. The Retail Installment Contract requires the Debtor(s) to maintain insurance. Creditor requests proof of valid full coverage insurance on the Vehicle(s).

6. Should the Debtor(s) not be 100% current in direct payments, Creditor objects to confirmation pursuant to § 1325(a)(6) as the Debtor(s) will not have shown that he/she will be able to make all payments due under the Plan and will have failed to comply with the Plan.

**WHEREFORE**, Creditor prays for an Order denying confirmation of the Plan and dismissal of the case unless the Debtor provide for payment of Creditor's claim pursuant to the contract terms; and provides satisfactory proof of insurance on Debtor's 2005 Dodge Ram.

                                            Respectfully submitted,

                                            McKELVIE DeLUCA, P.C.

                                            By:    /s/ Kellie C. Arman Schone
                                                          Charles L. McKelvie (P27782)
                                                          Rita A. McKelvie (P46023)
                                                          Kellie C. Arman Schone (P63929)
                                                          Attorneys for Creditor
                                                          280 West Maple Road, Suite 300
                                                          Birmingham, Michigan 48009
                                                          (248) 952-5100
                                                          bkattys@mckelviedeluca.com

Dated: November 30, 2010